# MEMORANDUM DECISIONS

ARAUJO v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 5, 1911.) No. 2,067. In Error to the District Court of the United States for the Western District of Texas. Joseph E. Cockrell and Edward Gray, for plaintiff in error. Charles A. Boynton, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This case having been regularly set down for hearing, and on call no counsel appearing for the plaintiff in error and no brief having been filed, on motion of the defendant in error the writ is dismissed, with costs, for want of prosecution. See rule 22 (150 Fed. xxxii, 79 C. C. A. xxxii).

BREWSTER et al. v. YORK MFG. CO. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,154. Appeal from the District Court of the United States for the Southern District of Texas. Hiram M. Garwood, for appellants. Newton C. Abbott, for appellee. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The decree appealed from seems to be in accordance with the opinion and decree in York Manufacturing Company v. Brewster (rendered December 7, 1909) 174 Fed. 566, 98 C. C. A. 348, and it is affirmed.

CITY OF SANTA CRUZ v. WYKES. (Circuit Court of Appeals, Ninth Circuit. September 5, 1911.) No. 2,004. Appeal from the Circuit Court of the United States for the Northern District of California. See, also, 184 Fed. 752. Curtis H. Lindley, Henry Eickhoff, and Emili Pohli, for appellant.

PER CURIAM. Motion for order dismissing appeal without prejudice, etc., granted.

COLGAN v. MEADE. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,146. In Error to the Circuit Court of the United States for the Northern District of Texas. George E. Miller and James T. Montgomery, for plaintiff in error. Charles K. Bell, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. Under the evidence in the case, the question whether the survey under which plaintiff in error claimed was actually made on the ground was properly submitted to the jury. The record shows no reversible error, and the judgment of the Circuit Court is affirmed.